# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| RONALD L. COLLINS, | ) |
|     Plaintiff, | ) |
| v. | ) No. 2:17-cv-2704-SHL-dkv |
| WASTE MANAGEMENT, | ) |
|     Defendant. | ) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is Chief Magistrate Judge Diane K. Vescovo's ("Chief Magistrate Judge") Report and Recommendation ("Report") (ECF No. 10), filed December 22, 2017, recommending that Plaintiff's insufficient service of process be quashed and that he receive thirty days to perfect service. For the following reasons, the Report is **ADOPTED**.

A magistrate judge may submit to a judge of the court recommendations for the determination of certain pretrial matters. 28 U.S.C. §§ 636(b)(1)(A)–(B). "Within 14 days after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2); see also 28 U.S.C. § 636(b)(1). A district court reviews *de novo* only those proposed findings of fact or conclusions of law to which a party specifically objects. Fed. R. Civ. P. 72(b)(2); see also Fed. R. Civ. P. 72(b)(3).

Here, Chief Magistrate Judge Vescovo entered her Report on December 22, 2017, recommending that this Court allow Plaintiff thirty days to perfect service on Defendant. (ECF No. 10.) Neither party has filed an objection to this Report, and the deadline to do so has now passed. Therefore, the Court has reviewed the Report for clear error and finds none. The Court

**ADOPTS** the Magistrate Judge's Report quashing the insufficient service and hereby **ORDERS** Plaintiff to effect proper service of process by **February 13, 2018**.

**IT IS SO ORDERED,** this 14th day of January, 2018.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE
